LISA LUNSFORD, SBN 206044
Homeless Action Center
1432 Franklin Street
Oakland, CA 94612
Telephone: (510) 836-3260
Facsimile: (510) 836-7690
llunsford@homelessactioncenter.org

E. TEAGUE BRISCOE, CSBN 262688
Homeless Action Center
1432 Franklin Street
Oakland, CA 94612
Telephone: (510) 836-3260
Facsimile: (510) 836-7690
tbriscoe@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RAY SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>        Defendant. | Civil No. C 09-001549 EMC<br><br>STIPULATION AND PROPOSED ORDER |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND TWO HUNDRED DOLLARS ($3,200.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of three thousand two hundred dollars ($3,200.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel at the above address.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: January 8, 2010

/S/
LISA LUNSFORD
Attorney for Plaintiff Johnny Ray Scott

/S/
E. TEAGUE BRISCOE
Attorney for Plaintiff Johnny Ray Scott

JOSEPH P. RUSSSONIELLO
United States Attorney

/S/
LEO R. MONTENEGRO
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
DANIEL P. TALBERT
Assistant Regional Counsel
Social Security Administration

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded

attorney fees under the EAJA in the amount of three thousand two hundred dollars ($3,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 1/19/10

THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

